LINDA BALDWIN JONES, Bar No. 178922
LISL SOTO, Bar No. 261875
RYAN B. KADEVARI, Bar No. 302957
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  lbjones@unioncounsel.net
          lsoto@unioncounsel.net
          rkadevari@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the OPERATING ENGINEERS LOCAL 501 SECURITY FUND; and THE BOARD OF TRUSTEES, in their capacities as Trustees of the CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC DESIGN CENTER 1, LLC.,<br><br>Defendant. | No.<br><br>**COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT (ERISA 29 U.S.C. §1001, et seq., 29 U.S.C. §185)** |

Plaintiffs complain of Defendant, and for cause of action allege:

**JURISDICTION AND INTRADISTRICT ASSIGNMENT**

I.

This action arises under and is brought pursuant to section 502 of the Employee Retirement Income Security Act, as amended (ERISA) (29 U.S.C. § 1132), and section 301 of the Labor Management Relations Act (LMRA) (29 U.S.C. § 185).  Venue properly lies in this district court since contributions are due and payable in the County of Los Angeles.  Therefore, intradistrict venue is proper.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

# PARTIES

II.

At all times material herein, Operating Engineers Local 501 Security Fund and The Central Pension Fund of The International Union of Operating Engineers (hereinafter collectively referred to as the "Trust Funds" or "Funds") were, and now are, employee benefit plans created by a written Trust Agreement subject to and pursuant to section 302 of the LMRA (29 U.S.C. § 186), and multi-employer employee benefit plans within the meaning of sections 3, 4 and 502 of ERISA (29 U.S.C. §§ 1002, 1003 and 1132). Each of the above-named Trust Funds is administered by a Board of Trustees which may bring this action in the name of the Trust Funds pursuant to the express provisions of the Trust Agreements. The above named Trust Funds and their respective Board of Trustees shall hereinafter be designated collectively as "Plaintiffs".

III.

At all times material herein, Pacific Design Center 1, LLC., (hereinafter referred to as "Defendant" or "Pacific Design") was a Limited Liability Company organized under the laws of the State of Delaware. Defendant has been an employer within the meaning of section 3(5) and section 515 of ERISA (29 U.S.C. §§ 1002(5), 1145) and an employer in an industry affecting commerce within the meaning of section 301 of the LMRA (29 U.S.C. § 185). Pacific Design, a Delaware Limited Liability Company, is doing business in California.

## ALLEGATIONS APPLICABLE TO ALL CLAIMS FOR RELIEF

IV.

At all relevant times, Defendant was signatory and bound to a written Collective Bargaining Agreement with the International Union of Operating Engineers Local No. 501 (hereinafter "Union"), a labor organization within the meaning of section 301 of the Labor Management Relations Act (29 U.S.C. § 185). A true and correct copy of the Collective Bargaining Agreements is attached hereto as **Exhibit "A".** In addition, the Defendant was also signatory and bound to a "Subscriber's Participation Agreement" with the Union and the Operating Engineers Local 501 Security Fund. A true and correct copy of the Subscriber's Participation Agreements is attached hereto as **Exhibit "B".** In addition to the two

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

1  aforementioned Agreements, Defendant was further bound to a "Participating Agreement"
2  between Defendant, the Union, and the Central Pension Fund of the International Union of
3  Operating Engineers. A true and correct copy of the Participating Agreements is attached hereto
4  as **Exhibit "C".** The Agreements by their terms incorporate the Trust Agreements establishing
5  each of the Trust Funds. Pursuant to the Collective Bargaining Agreements and Subscriber's
6  Participating Agreements, Defendant agreed to remit monthly contributions to the Operating
7  Engineers Local 501 Security Fund for employees performing covered work and that it would be
8  further subject to and bound by all of the terms, provisions, and conditions of the Trust
9  Agreement as incorporated by the terms of the Agreements. In addition, pursuant to the
10 Collective Bargaining Agreements and Participating Agreements, Defendant promised that it
11 would contribute and pay to the Central Pension Fund of the International Union of Operating
12 Engineers the hourly amounts required by said Agreements for each hour paid for or worked by
13 any of its employees who performed any work covered by said Agreements and that it would be
14 further subject to and bound by all of the terms, provisions, and conditions of the Trust
15 Agreement as incorporated by the terms of the Agreements.

V.

17 The above-mentioned Agreements provide for prompt payment of all employer
18 contributions to the various Trust Funds and provide for liquidated damages, not as a penalty but
19 as a reasonable attempt to provide for payments to cover the damages incurred by the Trust Funds
20 in the event of a breach by the employer where it would have been impracticable or extremely
21 difficult to ascertain the losses to the Trust Funds. The Agreements also provide for the payment
22 of interest on all delinquent contributions, attorneys' fees, audit costs, other collection costs, and
23 for the audit of the signatory employer or employers' books and records in order to permit the
24 Plaintiffs to ascertain whether all fringe benefit contributions have been timely paid as required
25 by the Agreements and law.
26 ///
27 ///
28 ///

**WEINBERG, ROGER &**
**ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

# FIRST CLAIM FOR RELIEF
### (BREACH OF CONTRACT)

VI.

Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

VII.

Pursuant to the Agreements and the Trust Agreements, an audit of the books and records of Defendant for the period of January 1, 2009 to April 30, 2016 was conducted. The results of said audit revealed that fringe benefit contributions to the Trust Funds have not been submitted as required by said Agreements.

VIII.

Written demand has been made of Defendant for payment of the amounts determined to be due and owing pursuant to the audit; however, Defendant has neglected, refused, and failed to pay such amounts and there is now due, owing and unpaid to Plaintiff Operating Engineers Local 501 Security Fund contributions in the sum of at least $23,071.17, plus interest in the amount of $8,486.63, which continues to accrue, and liquidated damages equal to 20% of said delinquent contributions to the Operating Engineers Local 501 Security Fund. Furthermore, Defendant owes Plaintiff Central Pension Fund of the International Union of Operating Engineers contributions in the sum of at least $17,397.44, plus liquidated damages of at least $2,609.62, and interest in the amount of $8,363.36, which continues to accrue.

IX.

Plaintiffs are the intended third-party beneficiaries of the Collective Bargaining Agreements, but Trust Fund contribution delinquencies are excluded from the arbitration provisions of the Collective Bargaining Agreements.

X.

Plaintiffs have complied with all conditions on their part to be performed under the terms of the applicable Agreements.

///

///

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

4

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

XI.

Plaintiffs are entitled to reasonable attorneys' fees, liquidated damages, interest, audit costs, and other reasonable expenses incurred in connection with this matter due to Defendant's failure and refusal to pay all fringe benefit contributions due and owing pursuant to the terms of the applicable Labor Agreements, Trust Agreements, and ERISA section 502(g)(2) (29 U.S.C. § 1132(g)(2).

## SECOND CLAIM FOR RELIEF
### (ACTUAL DAMAGES FOR BREACH OF CONTRACT)

XII.

Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

XIII.

Defendant has failed, neglected and refused to make timely fringe benefit contributions as required by the applicable Collective Bargaining Agreement and Trust Agreements, and has caused Plaintiffs actual damages to be proven at the time of trial.

**WHEREFORE**, Plaintiffs pray judgment against Defendant, Pacific Design Service Company, Inc., as follows:

1. That Defendant be ordered to pay contributions in the amount of $23,071.17 to the Operating Engineers Local 501 Security Fund, and $17,397.44 to the Central Pension Fund of the International Union of Operating Engineers;

2. That Defendant be ordered to pay liquidated damages in the amount of $4,614.23 and interest in the sum estimated to be at least $8,486.63 to the Operating Engineers Local 501 Security Fund, and liquidated damages in the amount of $2,609.62 and interest in the sum estimated to be at least $8,363.36 to the Central Pension Fund of the International Union of Operating Engineers;

3. That Defendant be ordered to pay actual damages according to proof;

4. That this Court issue an Order directing and permanently enjoining Defendant to submit to the Trust Funds, all reports and contributions due and owing by

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

5
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

Defendant, plus interest, attorneys' fees, and costs as provided in ERISA sections 502(a)(3) and (g)(2) (29 U.S.C. § 1132(a)(3), (g)(2);

5. That this Court issue an Order permanently enjoining Defendant for so long as it remains obligated to contribute to the Trust Funds, from failing, neglecting, or refusing to timely submit required monthly contributions reports and payments as required by the terms of the collective bargaining agreements, Trust Agreements and ERISA sections 502(a)(3) and (g)(2) (29 U.S.C. § 1132(a)(3), (g)(2));

6. That Defendant be ordered to pay attorney's fees;

7. That Defendant be ordered to pay costs of suit herein;

8. That this Court grant such further relief as this Court deems just and proper; and

9. That this Court retain jurisdiction of this matter to enforce the Order compelling an Audit and payment of all amounts found due and owing.

Dated:  June 27, 2019

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

*/S/ RYAN B. KADEVARI*

By:   RYAN B. KADEVARI
Attorneys for Plaintiffs

147704\1028177

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

6
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.